# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | District<br>ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Eric Michael ANDERSON<br>DOB: 1989  Citizen: U.S. | DOCKET NO.<br><br>CASE CONTROL NO.<br>PTCA110901130<br><br>MAGISTRATE CASE NO.<br>**11-07183M** |

Complaint for violation of Title **21**       United States Code § **846**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about September 23, 2011 at or near Kaka, in the district of Arizona, Eric Michael ANDERSON, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is approximately 217 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

On September 23, 2011, an agent was conducting his assigned duties as a K-9 agent in an unmarked vehicle along Federal Route 1 (FR-1) near Gu Vo, Arizona when he observed a green Dodge Caravan pass his location. The agent noticed nervous behavior and decided to follow the vehicle for further investigation. The agent noticed that the back of the vehicle was sagging and he only observed two occupants. The agent initiated a vehicle stop and the vehicle failed to yield. Agents followed the vehicle until it came to a stop near Kaka, Arizona. Two subjects absconded from the vehicle and the agent was able to get a visual of what the driver was wearing. The agents tracked the foot sign from the vehicle for approximately 75 yards and were able to apprehend a subject identified as Eric Michael ANDERSON. A search of the vehicle revealed a total of 12 bundles of marijuana with a combined weight of approximately 217 kilograms. ANDERSON admitted to being the driver of the vehicle and that he was only trying to make some quick money.

| MATERIAL WITNESSES IN RELATION TO THIS CHARGE<br>Border Patrol Agents(s) **GALKOWSKI, Stephen** | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA | SIGNATURE OF COMPLAINANT (Official Title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence,<br>SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**September 26, 2011** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)